# United States District Court
## Southern District of Georgia

ELAINE W. MACK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV616-130

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 9, 2017, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this Court. Therefore, the Acting Commissioner's final decision is AFFIRMED, judgment is hereby ENTERED in favor of the Acting Commissioner, and this civil action stands CLOSED.



May 9, 2017
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*